```
                IN THE UNITED STATES DISTRICT COURT
                FOR THE MIDDLE DISTRICT OF GEORGIA
                         COLUMBUS DIVISION
```

TOMMY WILLIAMS,                       *

    Plaintiff,                        *

vs.                                   *
                                            CASE NO. 4:22-CV-102 (CDL)
GENERAL CHARLES Q. BROWN, JR.,        *
*et al.*,
                                  *

    Defendants.
                                         *

## O R D E R

The Court ordered Plaintiff to serve Defendants by October 14, 2022 and file proof of that service by October 21, 2022. The Court warned that failure to file a proof of service would result in the dismissal of Plaintiff's Complaint against Defendants without prejudice. Plaintiff did not file a proof of service. Therefore, the Complaint in this action is dismissed without prejudice.

IT IS SO ORDERED, this 25th day of October, 2022.

                                              <u>S/Clay D. Land</u>
                                              CLAY D. LAND
                                              U.S. DISTRICT COURT JUDGE
                                              MIDDLE DISTRICT OF GEORGIA