IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| TOMMY WILLIAMS, | * |
| Plaintiff, | * |
| v. | Case No.  4:22-cv-102 (CDL) |
| | * |
| GENERAL CHARLES Q. BROWN, JR., *et al.,* | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated October 25, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 25th day of October, 2022.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk